**Entered on Docket
October 26, 2009**



_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1
09-74503

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-N-09-51930-gwz |
|---|---|
| Gregg Scott Cordes and Melody Suzzane Cordes | Date:  10/09/09<br>Time:  1:30pm |
| Debtor(s). | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceedings is granted as to the subject property described as 1210 Sierra
3  Vista Drive, Garnersville, NV 89460.
4
5
6  IT IS SO ORDERED this _____ day of _____, 2009.
7
8
9  Submitted by:
   **WILDE & ASSOCIATES**
10
11  _K. Ashcroft #10235_
12  **Gregory L. Wilde, Esq.**
    Attorney for Secured Creditor
13  208 South Jones Boulevard
    Las Vegas, Nevada 89107
14
15  APPROVED / DISAPPROVED
16  _____
    **Kevin A. Darby**
17  4777 Caughlin Pkwy.
    Reno, NV 89519
18  Attorney for Debtor(s)
19  APPROVED / DISAPPROVED
20  _____
21  **William Van Meter**
    P.O. Box 6630
22  Reno, NV 89513
    Chapter 13 Trustee
23
24
25
26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_  failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_  failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor